# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2119
_____

United States of America

*Plaintiff - Appellee*

v.

Steven Dale Robinson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: September 30, 2015
Filed: October 9, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Steven Robinson appeals the within-Guidelines-range sentence that the district court[1] imposed after he pleaded guilty to a federal bank robbery charge. His counsel

---

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

has moved to withdraw, and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), counsel challenges the substantive reasonableness of the sentence.

Upon careful review, we conclude that the sentence is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse-of-discretion review); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.
_____